# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| STATE OF WASHINGTON, | ) | |
|---|---|---|
| | ) | No. 75744-0-I |
| Appellant, | ) | |
| | ) | DIVISION ONE |
| v. | ) | |
| | ) | |
| I.C.G., | ) | UNPUBLISHED OPINION |
| DOB: 11/10/99, | ) | |
| | ) | |
| Respondent. | ) | FILED: DEC 1 8 2017 |

PER CURIAM. The State appeals an order sealing I.C.G's records following his completion of a deferred disposition and the dismissal of his convictions for harassment and cyberstalking. The State contends "[t]he trial court violated RCW 13.40.127 and RCW 13.50.260 by sealing the Respondent's juvenile criminal case file upon successful completion of a deferred disposition before the Respondent's eighteenth birthday." Appellant's brief at 1. This contention is controlled by our recent decision in State v. H.Z.-B., __ Wn. App. __, __ P.3d __ (2017) (holding that statutes pertaining to record sealing and deferred dispositions indicate that juvenile record should be sealed when case is dismissed and do not prohibit sealing until juvenile's eighteenth birthday).

Affirmed.

For the Court: